RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 3/31/16
BY glor

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JASON ALFRED, Plaintiff | CIVIL ACTION NO. 1:15-CV-2812; SECTION "P" |
| VERSUS | JUDGE TRIMBLE |
| MARKSVILLE PARISH JAIL, ET AL., Defendant | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's complaint is hereby DENIED AND DISMISSED with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A as to the Marksville Parish Jail, the Marksville Parish Police Jury, the warden's secretary, and the main control dispatchers. Service of process will be ordered as to Captain Socha in a separate order.

THUS DONE AND SIGNED, at Alexandria, Louisiana, on this 31st day of March, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE