e

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

| | |
|---|---|
| JASON ALFRED<br>Plaintiff | CIVIL ACTION NO. 1:15-CV-2812 |
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| MARKSVILLE PARISH JAIL,<br>ET AL<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## REPORT AND RECOMMENDATION

Before the Court is a "Motion to Dismiss" (Doc. 54) filed by Defendant Dwayne Saucier ("Saucier"). Saucier seeks dismissal of Plaintiff Jason Alfred's claims with prejudice. Because Alfred failed to follow the Court's Orders, the Motion to Dismiss should be GRANTED.

## I.     Background

Alfred filed this lawsuit *pro se* on November 9, 2015. Alfred complains that he was subjected to excessive force and denied medical care while incarcerated in Marksville, Louisiana. (Docs. 1 and 10). Alfred named the Jail of Marksville Parish, Unknown Socha, the warden secretary, main control dispatchers, and Dwayne Saucier as Defendants. On March 31, 2016, this Court dismissed Defendants Marksville Parish Jail, Marksville Parish Police Jury, and the warden's secretary. (Doc. 26). Defendant Unknown Socha was dismissed on April 28, 2016. (Doc. 31).[1]

---

[1] In his answer, Defendant Dwayne Saucier clarified that Unknown Socha or Captain Saucia was erroneously named.

On February 13, 2017, the Court set the trial of this matter for May 7, 2018. (Doc. 49).  This Court's Standing Order required Alfred to file an Exhibit List and Pre-Trial Statement, and to provide defense counsel a Witness List, no later than April 8, 2018. (Doc. 54, Exhibit 1, §§ F, G, and H).  Alfred failed to comply with the Standing Order's filing deadlines. On April 18, 2018, Defendant Saucier filed a Motion to Dismiss this lawsuit with prejudice because Alfred failed to comply with the filing deadlines. (Doc. 54).  On April 23, 2018, the Court continued the trial without date in order for Alfred to respond to the Motion to Dismiss. (Doc. 56).

## II.    Law and Analysis

The Motion to Dismiss was filed on April 18, 2018.  As of this date, Alfred has not opposed the motion, nor has he sought an extension or prosecuted this lawsuit further.  While the Court is hesitant to sanction parties with dismissal of a lawsuit for failing to comply with an order, Alfred's failure to comply with the Court's Order and subsequent inattention to this lawsuit have resulted in a wasted trial date and enormous delays. Alfred has effectively abandoned the lawsuit.

## III.    Conclusion

For the foregoing reasons,

IT IS RECOMMENDED that the Motion to Dismiss (Doc. 54) be GRANTED dismissing with prejudice Alfred's claims against Defendant Dwayne Saucier because Alfred failed to comply with this Court's Standing Order and failed to oppose Saucier's Motion to Dismiss.

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), parties aggrieved by this Report and Recommendation have fourteen (14) calendar days from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. No other briefs (such as supplemental objections, reply briefs, etc.) may be filed. Providing a courtesy copy of the objection to the undersigned is neither required nor encouraged. Timely objections will be considered by the District Judge before a final ruling.

Failure to file written objections to the proposed findings, conclusions, and recommendations contained in this Report and Recommendation within fourteen (14) days from the date of its service, or within the time frame authorized by Fed.R.Civ.P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Judge, except upon grounds of plain error.

THUS DONE AND SIGNED in chambers in Alexandria, Louisiana, this 17th day of ___January___, 2019.

Joseph H.L. Perez-Montes
United States Magistrate Judge