UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| JASON ALFRED | CASE NO. 1:15-CV-02812 SEC P |
|---|---|
| VERSUS | UNASSIGNED DISTRICT JUDGE |
| MARKSVILLE PARISH JAIL ET AL | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 61] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the "Motion to Dismiss" [Doc. No. 54] is hereby **GRANTED**, and Plaintiff Jason Alfred's claims against Defendant Dwayne Saucier are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** this 5th day of February, 2019.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE